**Opinion issued August 13, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00454-CV

———————————

## IN RE BESTEX MANAGEMENT COMPANY, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Bestex Management Company, LLC, has filed a petition for a writ of

mandamus challenging the trial court's order granting a motion to compel third-party

discovery from relator.[1] Relator, representing that the real parties in interest, Raju

---

[1]     The underlying case is *Raju Patel and Arun Parikh v. Vishu T. Bhambhani, Individually and as President and Managing Partner of Corsicana Hospitality, Inc., et al.*, Cause No. 2016-27193, in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.

Patel and Arun Parikh, have "nonsuited all causes of action to which the relief sought in [relator's] petition for mandamus might apply," has filed a motion requesting that we dismiss the petition without prejudice.

We grant the motion and dismiss the petition without prejudice. And we dismiss relator's request for emergency relief as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.